Ex parte J. N. MITCHELL.
No. A-4610.  Opinion Filed March 24, 1923.
(213 Pac. 1119.)

Application of J. N. Mitchell for writ of habeas corpus to be let to bail. Dismissed on motion of petitioner.

Ben F. Williams, for petitioner.

The Attorney General, for respondent.

PER CURIAM. This is an application of J. N. Mitchell for writ of habeas corpus to be let to bail, filed March 23, 1923. Now on this 24th day of March, petitioner through his counsel of record has filed a motion to dismiss his appeal and asking leave to withdraw the said petition, which motion is granted, and the cause dismissed.